UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 1:15-cv-10133-RA
                          Plaintiff,                             :
                                                                 :   Judge Abrams
              vs.                                                :
                                                                 :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
24.90.48.223,                                                    :
                                                                 :
                          Defendant.                             :
-----------------------------------------------------------------X
```

## MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; (4) Declaration of Daniel Susac in support of this motion; and (5) Chart of Verifications, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Time Warner Cable, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

                                                                                       Respectfully submitted,

By:    /s/ *Jacqueline M. James*
           Jacqueline M. James, Esq. (1845)
           The James Law Firm, PLLC
           445 Hamilton Avenue
           Suite 1102
           White Plains, New York 10601
           T: 914-358-6423
           F: 914-358-6424
           E-mail: jjameslaw@optonline.net

*Attorneys for Plaintiff*